

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00276-CR

**EX PARTE** Alexander **DE LOS SANTOS GARCIA**

From the County Court, Kinney County, Texas
Trial Court No. 13555CR
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED August 5, 2025.

_____
Velia J. Meza, Justice